IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAINIER BAKER,

    Plaintiff,

v.                                        Civil Action No. 3:18CV414

VIRGINIA BEACH CORRECTIONAL CENTER,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on July 3, 2018, the Court mailed Rainier Baker a standardized form for filing a 42 U.S.C. § 1983 complaint at Baker's request. The Court directed Baker that, if he wished to file a complaint at this time, that he should complete and return the form to the Court within (14) days of the date of entry thereof.

On July 18, 2018, the United States Postal Service returned the July 3, 2018 Memorandum Order marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Baker has not contacted the Court to provide a current address. Baker's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Baker.

                                              /s/      REP
                                        Robert E. Payne
Date: July 31, 2018        Senior United States District Judge
Richmond, Virginia